UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ALLEN<br><br>        Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, *et al.*,<br><br>        Defendants. | Case No. 1:23-cv-00094-HBK (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. No. 2) |

Plaintiff, who is detained at Coalinga State Hospital, filed a *pro se* 42 U.S.C. § 1983 complaint on January 23, 2023. (Doc. No. 1). Plaintiff submits a declaration regarding his financial circumstances in support of his request to proceed in this action *in forma pauperis*. (Doc. No. 14). That declaration satisfies the requirements under § 1915. Plaintiff is a civil detainee, not a prisoner within the Prison Litigation Reform Act, and is not subject to payment of the filing fee under § 1915(a)(2). *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).

Accordingly, it is hereby **ORDERED**:

Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is **GRANTED.**

Dated:   March 28, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE